IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| CHRISTOPHER AND MONA AYRES, § | |
| Individually and as Next Friends § | |
| of Jane Doe, a Minor § | |
| § | |
| V. § | CIVIL ACTION NO. G-04-506 |
| § | |
| TEXAS CITY INDEPENDENT SCHOOL § | |
| DISTRICT and BOBBY KOHN § | |

**O R D E R**

Before the Court for its Order of Acceptance is a Report and Recommendation of the United States Magistrate Judge, filed in the above-styled and numbered cause on August 12, 2005. The Magistrate Judge recommended that Defendant Bobby Kohn's Motion for Summary Judgment be denied.

Having reviewed the report of the United States Magistrate Judge, and having made a *de novo* review of the objections of Defendants Bobby Kohn and TCISD and the Plaintiffs' response to Defendants' objections, it is clear to this Court that more than a scintilla of evidence has been produced that would enable reasonable minds to differ in their conclusion as to whether Defendant Kohn sexually molested Jane Doe.

It is, therefore, **ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **ACCEPTED** in its entirety and incorporated by reference, herein. It is further **ORDERED** that Defendant Bobby Kohn's Motion for Summary Judgment is **DENIED**.

**DONE** at Galveston, Texas, this the 16th day of September, 2005.

_____
Samuel B. Kent
United States District Judge